UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> T G W METALS INC. etc., <br><br> Defendant. | No. C 05 0654 BZ <br><br> **ORDER RE: ENTRY OF DEFAULT** |

Having reviewed plaintiffs' proof of service for summons and complaint, the Clerk's Office is directed not to enter default in this case because plaintiffs have failed to show that Hans Rau was apparently in charge of defendants' office as required by Federal Rule of Civil Procedure 4(e)(1) and California Code of Civil Procedure § 415.20(a).

Dated: June 02, 2005

/s/ Bernard Zimmerman
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TGW METALS\ORDER.WPD

1