UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE )
SHEET METAL WORKERS, et al.,)
                               )    No. C05-0654 BZ
     Plaintiff(s),   )
                               )    **ORDER SCHEDULING HEARING ON**
    v.                   )    **MOTION OF PLAINTIFFS FOR**
                               )    **DEFAULT JUDGMENT**
TGW METAL, INC., et al.,  )
                               )
     Defendant(s).   )

**IT IS HEREBY ORDERED** that pursuant to the court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on plaintiffs' motion for default judgment is set for **Wednesday, November 16, 2005, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, San Francisco, California 94102.

Claims for attorneys fees should be supported by billing records.  Compliance with 50 App. U.S.C. § 501 *et seq.* of the Servicemembers' Civil Relief Act may not be satisfied on information and belief.  See 50 App. U.S.C. § 521(b)(1); United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50

1

1  App. U.S.C. § 521(b)(1)).  For an explanation of the
2  evidentiary requirements for proving damages in a default
3  case, the parties are encouraged to consult Chapter Six of
4  Civil Procedure Before Trial by William W. Schwarzer, A.
5  Wallace Tashima, and James M. Wagstaffe.

6      Defendants should attend the hearing if they contest the
7  validity or amount of plaintiffs' claim.  Seven days before
8  the hearing, on **Wednesday, November 9, 2005,** plaintiffs shall
9  file with the Clerk of the Court, and deliver directly to
10 chambers, a declaration setting forth in detail all steps
11 taken to serve defendants with notice of this hearing.  If
12 defendants actually received notice of this hearing,
13 plaintiffs should provide the Court with proof of service.
14 Dated:   September 8, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TGW METALS\SCHEDULING.ORD.wpd

2