UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>    Plaintiff(s), <br><br> v. <br><br> TGW METAL, INC., et al., <br><br>    Defendant(s). | No. C05-0654 BZ <br><br> **ORDER RESCHEDULING HEARING ON MOTION OF PLAINTIFFS FOR DEFAULT JUDGMENT** |

At the request of plaintiffs, **IT IS HEREBY ORDERED** that the hearing scheduled for December 7, 2005, at 10:00 a.m. is **VACATED** and **RESCHEDULED** to **Wednesday, December 21, 2005, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, San Francisco, California 94102.  Plaintiffs shall serve a copy of this order on defendants.

Dated:  November 29, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TGW METALS\SCHEDULING.ORD.2.wpd

1