UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET
METAL WORKERS HEALTH CARE PLAN
OF NORTHERN CALIFORNIA, et al.,

    Plaintiffs,

    v.

TGW METAL INC., a California
Corporation,

    Defendant.
_____/

No. C 05-0654 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Zimmerman's Report and Recommendation Re: Plaintiff's Motion for Default Judgment. No objections pursuant to Fed. R. Civ. P. 72 were received. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiffs' motion for default judgment is GRANTED.

Judgment shall be entered in plaintiffs' favor and against defendant TGW Metal, Inc., in the amount of $2,999.23 in liquidated damages, $169.15 in interest on delinquent contributions, $740 in attorneys' fees, and $250 in costs, for a total of $4,158.38.

**IT IS SO ORDERED.**

Dated: January 31, 2006

                                                                  PHYLLIS J. HAMILTON
                                                                  United States District Judge

cc: Wings, Assigned M/J, counsel of record